**No. 49517.**—Protests 848339–G, etc., of H. P. Cann & Bro. Co. et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.